Michael R. Halvorsen (Bar No. 227221)
E-Mail: mhalvorsen@randsllp.com
RUBEN & SJOLANDER LLP
1875 Century Park East, Suite 1050
Los Angeles, California 90067
Telephone: (310) 788-2828
Facsimile: (310) 788-9028

Attorneys for Defendant, Forest River, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK McKENZIE AND SARA MOSES,<br><br>        Plaintiffs,<br><br>    v.<br><br>FOREST RIVER, INC., and DOES 1 through 100<br><br>        Defendants. | Case No.:  2:15-CV-01141-WBS-CMK<br><br>ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE |

   PURSUANT TO THE STIPULATION OF COUNSEL, AND FOR GOOD CAUSE SHOWN, IT IS ORDERED THAT THE ENTIRE CASE IS DISMISSED, WITH PREJUDICE.

   IT IS SO ORDERED.

   Dated:  September 9, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

PROPOSED ORDER GRANTING STIPULATION FOR DISMISSAL